# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13296-MDC

SAFIQUL  ISLAM

117 WELLINGTON ROAD

UPPER DARBY, PA 19082

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAFIQUL  ISLAM

    117 WELLINGTON ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 8/16/2018

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee