UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Safiquil Islam                      : Chapter 13

                                      : NO. 18-13296/mdc

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF OF TOYOTA MOTOR
CREDIT CORPORATION
FROM THE AUTOMATIC STAY UNDER SECTION 362(d)**

ANSWER

Respondent, Safiquil Islam, Debtor by and through his counsel, Bradly E. Allen, Esquire, hereby answers Movant's Motion and avers the following:

1. Admitted.

2. Denied. The averment in this paragraph is a legal conclusion to which no response is required and is therefore deemed denied.

3. Admitted.

4. Admitted.

5. Admitted.

6. - 7. Admitted in part Denied in part. It is specifically denied that debtor missed his May 2018 car payment. Debtor made the May payment on May 15, 2018 in the amount of $350.00. It is admitted that he did not make his June and July car payments. However, debtor is able to to pay his June car payment and is requesting a Stipulation for the months of July and August 2018 car payments.

8. Denied. The averment in this paragraph is a legal conclusion to which no response is required and is therefore deemed denied.

9. - 11.    Denied. The averments in these paragraphs are legal conclusions to which no response is required and is therefore deemed denied.

WHEREFORE, Debtor Safiquil Islam respectfully requests that the Motion of Toytota Motor Credit Corp. for Relief from the Automatic Stay Under Section 362 be denied

Date:  August 28, 2018                                    /s/BRADLY E. ALLEN
                                                                   BRADLY E. ALLEN
                                                                   Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Safiquil Islam                   : CHAPTER 13
                                      :
                                      : NO: 18-13296/mdc

### ORDER

AND NOW, this _____ day of _____, 2018, it is hereby ORDERED AND DECREED that Movant, Toyota Motor Credit Corporation Motion for Relief from the Automatic Stay is hereby denied.

BY THE COURT;

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE