# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Safiqul Islam**                                                                                                   Case No.  **18-13296/mdc**

                                                                    Debtor(s)                                               Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018, a copy of Debtor's Response to Motion for Relief of Toyota Motor Credit Corporation was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:            William C. Miller, Chapter 13 Trustee

                                              US Trustee

                                              Rebecca Ann Solarz
                                              on behalf of Toyota Motor Credit Corp.

Regular first class mail:

                                              Safiqul Islam
                                              117 Wellington Road
                                              Upper Darby, PA  19082

**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**
**Fax:215-725-8288**
**bealaw@verizon.net**