# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Safiqul Islam**  
Debtor(s)

Case No. **18-13296/mdc**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, a copy of Amended Statement of Financial Affairs was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:    William C. Miller, Chapter 13 Trustee

US Trustee

Regular first class mail:

Safiqul Islam  
117 Wellington Road  
Upper Darby, PA  19082

**Bradly E. Allen, Esquire**  
**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242**  
**Fax:215-725-8288**  
**bealaw@verizon.net**