## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Safiqul Islam**                                    Case No. **18-13296/mdc**

                            Debtor(s)                     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019 a copy of Amended Schedules I and j were served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:          William C. Miller, Chapter 13 Trustee

                                US Trustee

    Regular first class mail:

                                Safiqul Islam
                                117 Wellington Road
                                Upper Darby, PA  19082


**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**
**Fax:215-725-8288**
**bealaw@verizon.net**