# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Safiqul Islam**

Debtor(s)

Case No. **18-13296/mdc**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019 a copy of the 2nd Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:    William C. Miller, Chapter 13 Trustee

US Trustee

Rebecca Ann Solarz
on behalf of Ditech Financial, LLC

Jerome Blank
on behalf of Ditech Financial, LLC

Regular first class mail:

Safiqul Islam
117 Wellington Road
Upper Darby, PA  19082

PA Dept of Revenue
Bankruptcy Division
PO Box280946
Harrisburg, PA  17128

Toyota Motor Credit Corp.
PO Box 9013
Addison, TX  75001

**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**
**Fax:215-725-8288**
**bealaw@verizon.net**