# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Safiqul Islam** | Case No. | **18-13296/mdc** |
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019 a copy of the Third Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:

      William C. Miller, Chapter 13 Trustee

      US Trustee

      Rebecca Ann Solarz
      on behalf of Ditech Financial, LLC

      Jerome Blank
      on behalf of Ditech Financial, LLC

Regular first class mail:

      Safiqul Islam
      117 Wellington Road
      Upper Darby, PA  19082

      PA Dept of Revenue
      Bankruptcy Division
      PO Box280946
      Harrisburg, PA  17128

      Toyota Motor Credit Corp.
      PO Box 9013
      Addison, TX  75001

/s/Bradly E. Allen
**Bradly E. Allen, Esquire**
**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242**
**Fax:215-725-8288**
**bealaw@verizon.net**