# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13296-MDC

SAFIQUL ISLAM

117 WELLINGTON ROAD

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAFIQUL ISLAM

    117 WELLINGTON ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

Date: 4/29/2019

                                        /S/ William C. Miller
                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee