UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Safiqul Islam : NO. 18-13296/mdc

:

## ORDER APPROVING COUNSEL FEES AND REIMBURSEMENT OF EXPENSES

AND NOW, this 6th day of August, 2019 it is hereby ORDERED, that Bradly E. Allen, Esquire is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $1,490.00 of attorney's fees and $310.00 filing fees was paid by Debtor pre-petition. The balance of attorney's fees of $1,510.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with debtor's Chapter 13 Plan.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge