United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-13296-mdc
Safiqul Islam                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Aug 06, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db             +Safiqul Islam,    117 Wellington Road,    Upper Darby, PA 19082-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
      BRADLY E ALLEN    on behalf of Debtor Safiqul  Islam bealaw@verizon.net
      JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Safiqul Islam : NO. 18-13296/mdc

:

ORDER APPROVING COUNSEL FEES
AND REIMBURSEMENT OF EXPENSES

AND NOW, this 6th day of August, 2019 it is hereby ORDERED, that Bradly E. Allen, Esquire is approved compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $1,490.00 of attorney's fees and $310.00 filing fees was paid by Debtor pre-petition. The balance of attorney's fees of $1,510.00 owed will be paid to debtor's counsel by the Chapter 13 Trustee in accordance with debtor's Chapter 13 Plan.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge