# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Safiqul Islam**  
Debtor(s)

Case No.  **18-13296/mdc**  
Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023 a copy of the Certificate of Debtor Education and Certification about a Financial Management Course was served electronically or by regular United States mail to the Trustee and parties listed below.

Electronically served:        William C. Miller, Chapter 13 Trustee

US Trustee

Regular first class mail:

Safiqul Islam  
117 Wellington Road  
Upper Darby, PA  19082

/s/Bradly E. Allen  
**Bradly E. Allen, Esquire**  
**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242**  
**Fax:215-725-8288**  
**bealaw@verizon.net**