United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13296-mdc |
| Safiqul Islam | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 29, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safiqul Islam, 117 Wellington Road, Upper Darby, PA 19082-3314 |
| 14261915 | + | Bradly E. Allen, Esquire, 7711 Castor Ave., Philadelphia, PA 19152-3601 |
| 14171700 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14108656 | | Ditech Financial, LLC, P.O. Box 6154qq, Rapid City, SD 57709 |
| 14108658 | #+ | McCabe, Weisberg And Conway, P.C., 123 South Broad St., Suite 1400, Philadelphia, PA 19109-1060 |
| 14108659 | + | Mercy Physician/Nazareth Physician, Inc, 501 South 5th Street, Philadelphia, PA 19147-1565 |
| 14516500 | + | New Rez LLC, d/b/a Shellpoint Mortgage Servicing, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14575147 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14516203 | | Newrez LLC D/B/A Shellpoint Mortgage Servicing, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 30 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14164877 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 30 2023 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14108655 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 00:41:03 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14164865 | | Email/PDF: bncnotices@becket-lee.com | Jun 30 2023 00:41:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14108657 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 30 2023 00:33:00 | Kohl's, P. O. Box 2983, Milwaukee, WI 53201-2983 |
| 14164894 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 00:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14440508 | | Email/Text: mtgbk@shellpointmtg.com | Jun 30 2023 00:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14575018 | ^ | MEBN | Jun 30 2023 00:31:39 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14127593 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14109920 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-13296-mdc  Doc 97  Filed 07/01/23  Entered 07/02/23 00:29:38  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

|  |  |  | Jun 30 2023 00:41:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 14112302 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2023 00:41:19 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14108660 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 30 2023 00:34:00 | Toyota Finacial Services, P. O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14116017 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 30 2023 00:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14669083 | + | Email/Text: bkteam@selenefinance.com | Jun 30 2023 00:34:00 | U.S. Bank Trust National Association, c/o Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14678857 | + | Email/Text: RASEBN@raslg.com | Jun 30 2023 00:34:00 | U.S. Bank Trust National Association, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Safiqul Islam bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@friedmanvartolo.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

JEROME B. BLANK
    on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com brausch@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

THOMAS SONG
    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Safiqul Islam
        Debtor(s)                      Case No: 18−13296−mdc

                                                    Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/29/23