United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13296-mdc
Safiqul Islam                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Safiqul Islam, 117 Wellington Road, Upper Darby, PA 19082-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 21 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Safiqul Islam bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com |

bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@ecf.courtdrive.com

CHARLES GRIFFIN WOHLRAB

on behalf of Creditor U.S. Bank Trust National Association cwohlrab@ecf.courtdrive.com

JEROME B. BLANK

on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

THOMAS SONG

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Safiqul Islam

               Debtor(s)                                 Case No: 18−13296−mdc

                                                Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/21/23