United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13296-mdc |
| Safiqul Islam | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Safiqul Islam, 117 Wellington Road, Upper Darby, PA 19082-3314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Safiqul Islam bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| JEROME B. BLANK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 195 | Total Noticed: 1 |

       on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
       on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
       ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN
       on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

THOMAS SONG
       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing tomysong0@gmail.com

THOMAS SONG
       on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 13

Safiqul Islam                                              : Case No. 18−13296−mdc

      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 21, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court